# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD DEHART, | Case No. 3:13-cv-00030-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

The court directed petitioner to file an application to proceed *in forma pauperis* or to pay the filing fee. Order (dkt. no. 4). Petitioner has not complied with the court's order within the allotted time.

Reasonable jurists would not find the Court's determination to be debatable or wrong, and the Court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice for petitioners' failure to comply with the court's order. The Clerk of the Court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

DATED THIS 23rd day of 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE